UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DERRICK LORICK JR,

                          Plaintiff,                    **ORDER**

        -against-                          24 Civ. 2586 (NSR)(AEK)

TOWN OF FISHKILL et al.,

                          Defendants.

-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter has been referred to Magistrate Judge Andrew E. Krause for general pretrial supervision.  ECF No. 14.  A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Thursday, January 9, 2025 12:00 p.m.**

      In accordance with Judge Román's December 11, 2024 order, ECF No. 13, the parties are hereby directed to submit a proposed revised case management plan by December 20, 2024, using Judge Román's standard form (i.e., the same form used for the prior proposed schedule at ECF No. 11).

      To access the teleconference, please follow these directions: (1) dial the meeting number: 1-646-453-4442; (2) enter the conference ID: 677 010 989; and (3) press pound (#) to enter the teleconference as a guest.  Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: December 12, 2024
      White Plains, New York

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge