```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORRICK JR.,

                     Plaintiff,

   -against-

TOWN OF FISHKILL ET AL.,

                     Defendant.

7:24-cv-2586 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      The Court having been advised that all claims asserted herein have been settled in principle, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated on or before November 24, 2025. The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

Dated:   October 10, 2025
           White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge